# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO.  4:00CR00239-002 SWW

CLIFTON ZAYRELL FREEMAN, JR.

### ORDER

The above entitled cause came on for a hearing on petition to revoke the supervised released granted this defendant in the U. S. District Court for the Eastern District of Arkansas.  Upon the basis of the preponderance of evidence, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED that the government's motion is granted,[1] and the supervised release previously granted this defendant, be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant is committed to the custody of the Bureau of Prisons to serve a term of imprisonment of THIRTY (30) MONTHS.  The Court recommends that defendant participate in a residential substance abuse treatment program during incarceration.

There will be no supervised release following defendant's term of imprisonment.

The defendant is returned to the custody of the U. S. Marshal.

IT IS SO ORDERED this 1st day of June, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Docs. #221, #225 and #226.